

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

April 21, 2023

**BY ECF AND EMAIL**

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
Hon. Charles L. Brieant, Jr.
Federal Building and United States Courthouse
White Plains, New York 10601

    Re:   *United States* v. *Jovann Martin*, No. 22 Cr. 639 (CS)

Dear Judge Seibel:

    The Government writes respectfully, with the consent of the defendant, to request that the status conference scheduled for Wednesday, April 26, 2023, be adjourned to May 3, 2023, at 3:30 p.m., because defense counsel has another appearance scheduled on April 26 in a multi-defendant case in Massachusetts state court.

    Should this adjournment be granted, the Government respectfully moves for the exclusion of time under the Speedy Trial Act between April 26, 2023, and May 3, 2023. Such an exclusion would serve the ends of justice, as it will allow the parties to review discovery, consider potential motion practice, and discuss a potential resolution of the matter without the need for trial. The defendant consents to the exclusion of time.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By: _____
    Ryan W. Allison
    Assistant United States Attorney
    (914) 993-1953

cc:    Defense counsel (by ECF and Email)

Conference adjourned to 5/3/23 at 3:30 pm. The time between now and 5/3/23 is hereby excluded under the Speedy Trial Act in the interests of justice. The ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial because it will enable continuity of defense counsel; permit Defendant and his counsel to review the discovery and determine next steps; and allow for discussions of a possible disposition without trial.

SO ORDERED.

*Cathy Seibel*    4/21/23
CATHY SEIBEL, U.S.D.J.